IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Karey K. Larkin,<br><br>　　　　　Plaintiff,<br><br>Vs.,<br><br>Allen, Lewis & Associates, Inc.<br><br>　　　　　Defendant. | NO. 4:2011-cv-00152<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Karey K. Larkin requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


　　/s/ L. Ashley Zubal　　　　　
L. Ashley Zubal　　AT0009559　　　　　　　　　　　　c/o Samantha Walters
MARKS LAW FIRM, P.C.　　　　　　　　　　　　　　1185 Lane Ave, Suite 5
4225 University Avenue　　　　　　　　　　　　　　Jacksonville, FL 32205
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 20 day of September, 2011, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.